# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                      *
DAVID CATES AND LINDA CATES,          *
                                      *
            Plaintiffs,               *
                                      *
      v.                              *   No. 18-1073T
                                      *   Filed: February 1, 2019
UNITED STATES,                        *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the plaintiffs' February 1, 2019 motion to voluntarily dismiss the above captioned case without prejudice. Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims (2018), this court **ORDERS** that this case be **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**